4:06 CV 3210
8:06 CV 574
8:06 CV 583
8:06 CV 591

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 2 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-66)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,433 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 18 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-66 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  06-1785 | Margaret D. Collins, et al. v. Merck & Co., Inc. |
| ALN  4  06-1668 | Robert D. Ramsey v. Merck & Co., Inc., et al. |
| ALN  4  06-1793 | John E. Kemp, et al. v. Merck & Co., Inc. |
| ALN  5  06-1792 | A. Glenn Allen, et al. v. Merck & Co., Inc. |
| ALN  5  06-1794 | Stanley O. Preston, et al. v. Merck & Co., Inc. |
| ALN  5  06-1795 | M. Linda G. Webb v. Merck & Co., Inc. |
| ALN  7  06-1784 | Patricia Stokes v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| ~~CAE  2  06-1957~~ | ~~Maximo Rivera v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 |
| ~~CAE  2  06-1973~~ | ~~Linda Chamberlain v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 |
| ~~CAE  2  06-1977~~ | ~~Kap Sook Choi v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 |
| ~~CAE  2  06-1978~~ | ~~Witold Kolankowski v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 |
| **CALIFORNIA NORTHERN** | |
| ~~CAN  3  06-5534~~ | ~~William C. Mullins v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 |
| **CONNECTICUT** | |
| CT  3  06-1363 | Margaret A. Allahand, et al. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM  3  06-792 | Arphine Anderson, etc. v. Merck & Co., Inc. |
| FLM  3  06-798 | Leo Leonard, et al. v. Merck & Co., Inc. |
| FLM  8  06-1619 | Vicky Larsen v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  1  06-22291 | Lilia Fernandez v. Merck & Co., Inc. |
| FLS  2  06-14214 | Jack Hawkins v. Merck & Co., Inc., et al. |
| FLS  2  06-14232 | Donald Snapp v. Merck & Co., Inc. |
| **GEORGIA NORTHERN** | |
| GAN  4  06-200 | Judith Campione, et al. v. Merck & Co., Inc. |
| **HAWAII** | |
| HI  1  06-487 | David Shiel v. Merck & Co., Inc. |
| HI  1  06-493 | Michael Wall v. Merck & Co., Inc. |
| **IDAHO** | |
| ID  2  06-356 | Philip Ruff v. Merck & Co., Inc. |
| ID  2  06-357 | Elbert Pierce, et al. v. Merck & Co., Inc. |
| ID  2  06-358 | Kurt Williams v. Merck & Co., Inc. |
| ID  2  06-375 | James H. Loe v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  06-4735 | Maureen McMahon v. Merck & Co., Inc. |
| ILN  1  06-4737 | James Vertucci v. Merck & Co., Inc. |
| ILN  1  06-4941 | Demper Birdow v. Merck & Co., Inc., et al. |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                                Page 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS   1   06-1329 | Eunice Bey, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS    5   06-4104 | Betty A. Bernardi v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW   5   06-854 | Mitchell E. Jackson, et al. v. Merck & Co., Inc. |
| **MASSACHUSETTS** | |
| MA    4   06-40192 | Frederick J. Grasso v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD    1   06-2294 | Charles Stottlemyer, et al. v. Merck & Co., Inc. |
| **MICHIGAN EASTERN** | |
| MIE   2   06-14054 | Elizabeth Thompson, et al. v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN    0   06-3569 | Valerie Novak, et al. v. Merck & Co., Inc. |
| MN    0   06-3708 | Peggy T. Owens, etc. v. Merck & Co., Inc. |
| MN    0   06-3720 | Bobby Wilson, etc. v. Merck & Co., Inc. |
| MN    0   06-3721 | James O. Hortman, etc. v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE   4   06-1322 | Victor Wright, et al. v. Merck & Co., Inc. |
| **MISSISSIPPI NORTHERN** | |
| MSN   1   06-246 | Betty Jo Miller, et al. v. Merck & Co., Inc. |
| MSN   1   06-248 | Joann G. Sansing, et al. v. Merck & Co., Inc. |
| MSN   3   06-121 | Judy Nabors v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS   2   06-204 | Maurice F. Moore v. Merck & Co., Inc. |
| **NORTH CAROLINA WESTERN** | |
| NCW   5   06-113 | Joyce W. Yelton v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE    4   06-3209 | Ivan N. Nord, et al. v. Merck & Co., Inc. |
| NE    4   06-3210 | Ronald D. Elznic, et al. v. Merck & Co., Inc. |
| NE    8   06-574 | Richard Romine, etc. v. Merck & Co., Inc. |
| NE    8   06-583 | Carlose Talkington, etc. v. Merck & Co., Inc. |
| NE    8   06-591 | Kathleen R. Skiles, etc. v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ    1   06-4163 | County of Santa Clara v. Merck & Co., Inc. |
| NJ    3   06-4121 | James Dunar, et al. v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS   1   06-6663 | Mary Lopez, etc. v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW   6   06-6445 | Leann M. Williams v. Merck & Co., Inc. |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN  1  06-2149 | Michelle Collins v. Merck & Co., Inc. |
| OHN  1  06-2163 | Juan Candelario, et al. v. Merck & Co., Inc. |
| OHN  1  06-2164 | Catherine Miller, et al. v. Merck & Co., Inc. |
| OHN  1  06-2182 | Valerie V. Rucker, etc. v. Merck & Co., Inc. |
| OHN  3  06-2160 | Norma Bielski v. Merck & Co., Inc. |
| **OHIO SOUTHERN** | |
| OHS  1  06-583 | Jean Marie Stoner v. Merck & Co., Inc. |
| OHS  2  06-716 | Iva L. Charbonneau v. Merck & Co., Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  06-451 | Elvus J. Farrow, et al. v. Merck & Co., Inc. |
| OKN  4  06-480 | Jimmy Moore v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  06-903 | Mary Roy v. Merck & Co., Inc. |
| OKW  5  06-907 | Ora Mae Dame v. Merck & Co., Inc. |
| OKW  5  06-908 | Kenneth Dare v. Merck & Co., Inc. |
| OKW  5  06-909 | Bruce Havens v. Merck & Co., Inc. |
| OKW  5  06-910 | Tom Smith, etc.v . Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-3774 | Israel Rosa, et al. v. Merck & Co., Inc. |
| PAE  2  06-3835 | Armand Coco v. Merck & Co., Inc. |
| PAE  2  06-3870 | Attilio Paparazzo, etc. v. Merck & Co., Inc., et al. |
| PAE  2  06-3871 | Maricus Willis, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3874 | Gary L. Davis, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3949 | Shirley F. Shaw, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3950 | Elizabeth C. Fortune, et al. v. Merck & Co., et al. |
| PAE  2  06-3951 | Yiniva Gomez v. Merck & Co., Inc., et al. |
| PAE  2  06-3965 | Joseph B. Moore, et al. v. Merck & Co., Inc. |
| PAE  2  06-3975 | Pennie Freet, et al. v. Merck & Co., Inc. |
| PAE  2  06-4124 | Joseph Everts, et al. v. Merck & Co., Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  06-1159 | Clifford D. Hardt v. Merck & Co., Inc. |
| PAW  2  06-1160 | Patricia L. McCarey v. Merck & Co., Inc. |
| PAW  2  06-1161 | James R. Richeimer v. Merck & Co., Inc. |
| **SOUTH CAROLINA** | |
| SC    7  06-2364 | Robert C. Bridges, et al. v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE  1  06-556 | Louie Kee, Jr., et al. v. Merck & Co., Inc. |
| TXE  2  06-360 | William H. Hundley, et al. v. Merck & Co., Inc. |
| TXE  2  06-361 | Charles Spence, et al. v. Merck & Co., Inc. |
| TXE  2  06-362 | Andrew Wilk, et al. v. Merck & Co., Inc. |
| TXE  2  06-363 | Danny King, et al. v. Merck & Co., Inc. |
| TXE  2  06-375 | Cleatus W. Drinnon, et al. v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| ~~TXS  2  06-399~~ | ~~Celia Garza Garcia, et al. v. Merck & Co., Inc., et al.~~ Vacated 10/12/06 |
| TXS  7  06-252 | Josefa R. Garces, et al. v. Merck & Co., Inc., et al. |
| TXS  7  06-254 | Yolanda Munoz, etc. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                     Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS WESTERN** | |
| TXW 5 06-745 | Olga Galvan v. Merck & Co., Inc. |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1252 | Doris Gibson, et al. v. Merck & Co., Inc. |
| WAW 3 06-5528 | Craig S. Hobbs, et al. v. Merck & Co., Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 06-676 | Steve Rappold v. Merck & Co., Inc. |
| WVS 2 06-677 | Warne L. Ferguson v. Merck & Co., Inc. |
| WVS 2 06-678 | Roderick Rappold v. Merck & Co., Inc. |
| WVS 2 06-679 | Leslie E. Adams, Sr. v. Merck & Co., Inc. |
| WVS 2 06-714 | Russell Clayton Clark v. Merck & Co., Inc., et al. |
| WVS 3 06-364 | Robert Lee Dolin, etc. v. Merck & Co., Inc. |
| WVS 3 06-365 | Robert L. Clark v. Merck & Co., Inc. |
| WVS 3 06-493 | David Lee Lester, et al. v. Merck & Co., Inc. |
| WVS 3 06-494 | Boyd Leroy Dunn, et al. v. Merck & Co., Inc. |
| WVS 3 06-495 | Ardella Adkins v. Merck & Co., Inc. |
| WVS 3 06-680 | Jimmy Hardwick v. Merck & Co., Inc. |
| **WYOMING** | |
| WY 2 06-214 | Mary J. Morrison, etc. v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-66)
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Burg, Simpson, Eldredge, Hersh
& Jardine, PC
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Christopher T. Alley
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Douglas Alan Allison
Huerta, Hastings & Allison
500 N. Water Street
Suite 1200
Corpus Christi, TX 78471

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S. Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

John Raymond Bevis
Barnes Law Group, LLC
P.O. Box 489
Marietta, GA 30061

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Carole Bosch
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396

Frank L. Branson, III
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, TX 75205-4185

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Terry Bryant
Terry Bryant, L.L.P.
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024-1808

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Leslie M. Carr
Nearpass & Hudson
25 S. Monroe, Suite 303
Monroe, MI 48161-2237

Russell Clayton Clark
South Central Regional Jail
1001 Centre Way
Charleston, WV 25309

Armand Coco
11133 Waldermire Drive
Philadelphia, PA 19154

James P. Costello
Costello, McMahon & Burke, Ltd.
150 North Wacker Drive, Suite 3050
Chicago, IL 60606

Philomena M. Dane
Squire, Sanders & Dempsey, L.L.P.
41 South High Street
Suite 1300
Columbus, OH 43215

William V. DePaulo
179 Summers Street, Suite 232
Charleston, WV 25301-2163

Neal A. Deyoung
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
P.O. Box 1661
Bridgeport, CT 06604

Michael J. Duff
715 Broadway
Lorain, OH 44052

Tina Marie Dugard-Scott
John P. Fox & Associates
330 East Madison
P.O. Box 167
Houston, MS 38851-0167

Gary A. Eaton
Eaton & Sparks
1717 East 15th Street
Tulsa, OK 74104

Amy Eskin
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102

William B. Federman
Federman & Sherwood
120 N. Robinson
Suite 2720
Oklahoma City, OK 73102

Donald J. Feinberg
Feinberg & Silva
2000 Market St., Suite 1805
Philadelphia, PA 19103-3293

Alfred Lee Felder
P.O. Box 1261
McComb, MS 39649

Leonard V. Fodera
Silverman & Fodera
1835 Market Street
Eleven Penn Center
Suite 2600
Philadelphia, PA 19103-2968

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Daniel P. Goetz
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Ellen M. Gregg
Womble, Carlyle, Sandridge
& Rice, P.L.L.C.
301 North Main Street, Suite 300
Winston-Salem, NC 27101

Christopher M. Grimes
Ford & Grimes, PS
320 S. Sullivan Road
Spokane Valley, WA 99037

H Blair Hahn
Richardson Patrick Westbrook
& Brickman LLC
P.O. Box 1007
Mt Pleasant, SC 29465

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Charles C. Harrell
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Kathryn S. Harrington
Hollis & Wright, PC
Financial Center
505 North 20th Street
Suite 1500
Birmingham, AL 35203

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey P. Hinterneister
O'Koon Hintermeister PLLC
101 West Ohio Street
Suite 1401
Indianapolis, IN 46204

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Richard H. Honaker
Honaker Law Offices
P.O. Box 366
Rock Springs, WY 82902

Richard Anthony Jasaitis
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 85430-5218

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Robert D. Kawamura
Law Offices of Robert D. Kawamura
550 Halekauwila Street, Suite 106
Honolulu, HI 96813

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Anthony Y. K. Kim
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814-3308

John H. Kim
Kim Law Firm
Two Shell Plaza, Suite 2500
777 Walker Street
Houston, TX 77002-5322

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Richard Kopelman
Orlando & Kopelman, P.C.
The Wachovia Bank Building
315 West Ponce deLeon Avenue
Suite 400
Decatur, GA 30030

Aneca E. Lasley
Squire, Sanders & Dempsey, LLP
1300 Huntington Center
41 South High Street
Columbus, OH 43215

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Gene Locks
Locks Law Firm, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

L. Ray Maples, II
701 N. Broadway Ave., Suite 510
Oklahoma City, OK 73102

Stephen E. Marshall
Venable, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Peter James McCarthy
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602

Regis M. McClelland
Harrington, Schweers, Dattilo
& McClelland
100 Ross Street
Pittsburgh, PA 15219

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

W. Eason Mitchell
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Christopher A. Moeller
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Philip F. Mulvey, Jr.
536 Main Street
Falmouth, MA 02540

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Jami S. Oliver
Oliver Law Offices
471 East Broad Street
Suite 1303
Columbus, OH 43215

Thomas P. Owen, Jr.
Stanley, Flanagan & Reuter L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Kenneth Patterson
Patterson & Wagner
7550 I-10 West
Suite 500
San Antonio, TX 78229

Thomas Persinger
P.O. Box 2828
Charleston, WV 25330-2828

Robert E. Piper, Jr.
Piper & Assoc
P.O. Box 69
Shreveport, LA 71161

Edward L. Pleasants, III
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Thomas O. Plouff
Plouff Law Offices, PC
1117 22nd Street, South
Birmingham, AL 35205

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Richard J. Rosenblum
Rubin, Machado & Rosenblum, Ltd.
120 West Madison Street, Suite 400
Chicago, IL 60602

Kevin M. Sadler
Baker Botts LLP
98 San Jacinto Blvd., Suite 1600
Austin, TX 78701-4039

Gregory P. Sautter
Zimmerman Reed, PLLP
651 Nichollet Avenue, Suite 501
Minneapolis, MN 55402-4123

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Gene E. Schroer
115 E. Seventh Street
Topeka, KS 66603

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Stephen G. Schwarz
Faraci & Lange, LLP
Two State Street
400 Crossroads Building
Rochester, NY 14614-7163

Stuart E. Scott
Spangenbert, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Anne M. Seibel
Bradley Arant Rose & White, LLP
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-2119

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

Jennifer F. Sherrill
Federman & Sherwood
120 North Robinson, Suite 2720
Oklahoma City, OK 73102

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Dawn T. Sugihara
Goodsill, Anderson, Quinn
& Stifel, LLLP
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, HI 96813-2639

Ray Earl Thompson, Jr.
Burts, Turner, Rhodes & Thompson
P.O. Box 3408
Spartanburg, SC 29304

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore, Suite 1000
Tulsa, OK 74119

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Claudia N. Trevor
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Jason Scott Turchin
Bernstein & Maryanoff
15055 SW 122nd Avenue
Miami, FL 33186

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Frank F. Voler
Law Offices of Michael A. DeMayo,
LLP
P.O. Box 34426
Charlotte, NC 28234

Leila H. Watson
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Mark A. Weber
Walentine, O'Toole, McQuillan
& Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Regina L. Wells
Schlichter, Bogard & Denton
100 S. Fourth Street
Suite 900
St. Louis, MO 63102

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Paula L. Wilson
Robinson & Rice
P.O. Box 407
Huntington, WV 25708

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann,
LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Kylie A. Wolf
Walentine, O'Toole, McQuillan
& Gordon
P.O. Box 540125
Omaha, NE 68154

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West, Suite 101
San Antonio, TX 78201

Corrie J. Yackulic
Schroeter, Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

David W. Zoll
Zoll & Kranz, LLC
6620 West Central Avenue, Suite 200
Toledo, OH 43617

# INVOLVED JUDGES LIST (CTO-66)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Robert R. Armstrong, Jr.
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Clarence A. Brimmer
U.S. District Judge
2120 Capitol Avenue
Room 2603
Cheyenne, WY 82001

Hon. Renee M. Bumb
U.S. District Judge
6050 Mitchell H. Cohen
U.S. Courthouse
400 Cooper Street
Camden, NJ 08102-1570

~~Hon. Garland E. Burrell, Jr.~~
~~U.S. District Judge~~
~~501 I Street~~
~~Suite 13-200~~
~~Sacramento, CA 95814~~

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Edward M. Chen~~
~~U.S. Magistrate Judge~~
~~Phill Burton U.S. Courthouse~~
~~450 Golden Gate Avenue~~
~~Box 36060~~
~~San Francisco, CA 94102~~

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse,
402 E. State Street
Trenton, NJ 08608

Hon. Sean F. Cox
U.S. District Judge
United States District Court
235 Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Sam A. Crow
Senior U.S. District Judge
430 Frank Carlson Fed. Building
U.S. Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

INVOLVED JUDGES LIST (CTO-66) MDL-1657                                              Page 2 of 3

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Ezra
U.S. District Judge
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Helen W. Gillmor
Chief Judge, U.S. District Court
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

~~Hon. Janis Graham Jack~~
~~U.S. District Judge~~
~~320 U.S. Courthouse~~
~~1133 North Shoreline Boulevard~~
~~Corpus Christi, TX 78401~~

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

~~Hon. Lawrence K. Karlton~~
~~Senior U.S. District Judge~~
~~15-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814~~

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Ronald B. Leighton
U.S. District Judge
U.S. District Court
3409 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Harry D. Leinenweber
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. David F. Levi~~
~~Chief Judge, U.S. District Court~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

INVOLVED JUDGES LIST (CTO-66) MDL-1657                                        Page 3 of 3

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Charles R. Norgle, Sr.
U.S. District Judge
2346 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. James L. Robart
U.S. District Judge
14134 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. F. Dennis Saylor, IV
U.S. District Judge
411 Harold D. Donohue Federal
Building & U.S. Courthouse
595 Main Street
Worcester, MA 01608

Hon. Arthur J. Schwab
U.S. District Judge
7280 United States Post Office
& Courthouse
700 Grant Street
Pittsburgh, PA 15219

~~Hon. William B. Shubb~~
~~Senior U.S. District Judge~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Alvin W. Thompson
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

# INVOLVED CLERKS LIST (CTO-66)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
369 Federal Building
& U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Frank G. Johns, Clerk
P.O. Box 466
Statesville, NC 28677

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
200 U.S. Courthouse & Fed. Bldg.
701 North Main Street
Hattiesburg, MS 39401

~~Jack L. Wagner, Clerk~~
~~4-200 U.S. Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James G. Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

~~Michael N. Milby, Clerk~~
~~U.S. Courthouse~~
~~1133 North Shoreline Blvd.~~
~~Corpus Christi, TX 78401~~

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
490 Frank Carlson Federal Building
& U.S. Courthouse
444 S.E. Quincy Street
Topeka, KS 66683

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Richard W. Wieking, Clerk~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3489~~

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Stephan Harris, Clerk
2141 Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001-3658

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1570
Huntington, WV 25716-1570

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608